UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIDGET L. SCOTT,

                Plaintiff,

     -against-

NORTHERN MANOR MULTICARE CENTER, INC.,

                Defendant.

21-CV-1885 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued August 17, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as barred by the doctrine of claim preclusion.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 17, 2021
            New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                   Chief United States District Judge