UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIDGET SCOTT,<br><br>        Plaintiff,<br><br>  -against-<br><br>NORTHERN MANOR MULTICARE CENTER, INC.,<br><br>        Defendant. | 21-CV-1885 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  By order dated August 17, 2021, the Court dismissed Plaintiff's complaint as barred by the doctrine of claim preclusion. (ECF No. 4.) On September 13, 2021, although her time to appeal this order had not yet expired, Plaintiff filed a motion for an extension of time of file a notice of appeal. (ECF No. 6.) Plaintiff also filed a notice of appeal, seeking to appeal the Court's August 17, 2021 order. (ECF No. 7.)

  Under Fed. R. App. P. 4(a)(1)(A), a notice of appeal in a civil case must be filed within thirty days after entry of judgment. "[T]he taking of an appeal within the prescribed time is mandatory and jurisdictional." *In re WorldCom, Inc.*, 708 F.3d 327, 329 (2d Cir. 2013) (citation and internal quotation marks omitted). Because Plaintiff's notice of appeal was filed within thirty days after entry of the order dismissing the action, the notice of appeal was timely and a motion for extension of time to appeal was unnecessary. By Mandate issued on November 22, 2021, the United States Court of Appeals for the Second Circuit dismissed Plaintiff's appeal. (ECF No. 8.) Accordingly, Plaintiff's motion for extension of time to appeal is denied as moot.

## CONCLUSION

  Plaintiff's motion for an extension of time to file a notice of appeal (ECF No. 6) is denied as moot.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 15, 2021
         New York, New York

                                                          /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge